[No. 16834-1-II.   Division Two.   June 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L.
TOOLE, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-1-00396-9, James Warme, J.,
entered January 27, 1993. *Affirmed* by unpublished
opinion per Wiggins, J., concurred in by Seinfeld, C.J., and
Morgan, J.


[No. 16950-9-II.   Division Two.   June 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY
STEVEN MITUNIEWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00148-9, Edwin L. Poyfair, J., entered
February 11, 1993. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater and Kennedy,
JJ.


[No. 17250-0-II.   Division Two.   June 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
PHILLIP VANDORN, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-1-00161-3, James Warme, J.,
entered July 3, 1993. *Affirmed* by unpublished opinion per
Fleisher, J., concurred in by Houghton, A.C.J., and Wig-
gins, J.